**No. 09-1449. Clifford B. Meacham, et al., Petitioners v. Knolls Atomic Power Laboratory, et al.**

**No. 10-36. KAPL, Inc., et al., Petitioners v. Clifford B. Meacham, et al.**

562 U.S. 992, 131 S. Ct. 413, 178 L. Ed. 2d 342, 2010 U.S. LEXIS 8211.

October 18, 2010. Petitions for writs of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of these petitions.

Same cases below, 358 Fed. Appx. 233.